UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-04418-DRC |
|---|---|---|
| | § | |
| JOSEPH PETERSEN | § | |
| NANCY PETERSEN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 10/12/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/04/2012           By: /s/ David E. Grochocinski
                                        (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-04418-DRC |
|---|---|---|
| | § | |
| JOSEPH PETERSEN | § | |
| NANCY PETERSEN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $431,109.72
*and approved disbursements of*     $317,518.02
*leaving a balance on hand of[1]:*     $113,591.70

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $113,591.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $23,305.49 | $0.00 | $23,305.49 |
| INNOVALAW, PC, Attorney for Trustee Fees | $4,685.00 | $0.00 | $4,685.00 |
| INNOVALAW, PC, Attorney for Trustee Expenses | $101.59 | $0.00 | $101.59 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $1,400.00 | $0.00 | $1,400.00 |

Total to be paid for chapter 7 administrative expenses:     $29,492.08
Remaining balance:     $84,099.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $84,099.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $84,099.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,623,777.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | First Bank | $640,117.87 | $0.00 | $20,517.63 |
| 2 | Commercial Recovery Associates, Inc. | $4,700.50 | $0.00 | $150.66 |
| 3 | Joseph C and Marion J. Petersen | $25,537.50 | $0.00 | $818.55 |
| 4 | Joseph C and Marion J. Petersen | $0.00 | $0.00 | $0.00 |
| 5 | Oakstar Bank | $1,953,421.24 | $0.00 | $62,612.78 |

Total to be paid to timely general unsecured claims:     $84,099.62
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-04418-DRC
Joseph C Petersen, Jr.                                          Chapter 7
Nancy V Petersen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: preed               Page 1 of 3                Date Rcvd: Sep 05, 2012
                              Form ID: pdf006           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2012.
db/jdb         #+Joseph C Petersen, Jr.,    Nancy V Petersen,    600 Edenwood Drive,    Roselle, IL 60172-2823
16763463       +Alexian Brothers Medical Center,    3040 Salt Creek Lane,    Arlington Heights, IL 60005-1069
16763464       +CeeGee Foods, LLC,    716 S. Broadway Drive,    Springfield, MO 65806
16763465       +Clay Borchers,    716 S. Broadway Drive,    Springfield, MO 65806
16763466       +Commercial Recovery Associates, Inc.,    205 W. Wacker Drive,    Suite 1818,
                 Chicago, IL 60606-1429
16763458        Denise Brinkley (f/n/a Kember),    1533 N. Sanders Road,    Nixa, MO  65714
16763467       +Dykema Gossett PLLC,    10 S. Wacker Drive,    Suite 2300,   Chicago, IL 60606-7439
16763468       +Elk Grove Radiology S.C.,    75 Remittance Drive,    Suite 6500,   Chicago, IL 60675-6500
16763469       +Elk Grove Village Lab Physicians PC,    Dept. 77-9154,    Chicago, IL 60678-0001
16763470       +First Bank,    Lake Center Office Plaza,    1699 Wall Street,   Suite 500,
                 Mount Prospect, IL 60056-5787
16894948       +First Bank,    c/o Charlie Kepner,    1699 Wall Street Ste 500,    Mount Prospect, IL 60056-5787
16912138       +First Bank,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,    chicago, IL 60603-1526
16763471       +Fisher Commercial Holdings, LLC,    1268 W. Lakewood,    Springfield, MO 65810-2266
16894947       +Fred R Harbecke,    Atty for First Bank,    29 S LaSalle, Ste 945,    Chicago, IL 60603-1526
16763472       +Gail Peterson,    716 S. Broadway Drive,    Springfield, MO 65806
16763473       +Joseph C and Marion J. Petersen,    2415 E. Valley Watermill Road,    Springfield, MO 65803-5036
16763474       +Julia Weiss Trust,    3215 W. 71st Terrace,    Prairie Village, KS 66208-3136
16763475       +K & P Real Estate Holdings, LLC (MO),     4550 W. Fram Road 130,    Springfield, MO 65802-6466
16763459       +K & P Real Estate Holdings, LLC (Mo),     4550 W. Farm Road 130,    Springfield, MO 65802-6466
16763476       +Lab Corporation of America Holdings,    P.O. Box 2240,    Burlington, NC 27216-2240
16763477       +Midwest Pulminary Association SC,    2340 S. Highland - #230,    Lombard, IL 60148-5374
16763479       +Oak Star Bank and Assigns,    1020 East Battlefield,    Springfield, MO 65807-5111
17240297       +Oakstar Bank,    Gail L Fredrick, Attorney,    1903 E Battlefield,
                 Springfield, Missouri 65804-3801
17240406       +Oakstar Bank NA,    c/o Fredrick , Rogers, & Vaughn PC,    1903 E Battlefield,
                 Springfield, MI 65804-3801
16763461       +Ozarks Warehouse & Logistics of Marionvi,    P.O. Box 468,    Marionville, MO 65705-0468
16763462        Ozarks Warehouse & Logistics, LLC,    4550 W. Farm Road,    Springfield, MO 65801
16763480       +Ozarks Warehouse & Logistics, LLC,    4550 W. Farm Road 130,    Springfield, MO 65802-6466
16763481       +PNC Mortgage,    Division of PNC National Association,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
16763482       +Roubydoux, L.L.C.,    716 S. Broadway Drive,    Springfield, MO 65806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16763478*     +NVP & Associates, Inc.,    600 Edenwood Drive,   Roselle, IL 60172-2823
16763457     ##+David G. Kember,   4229 Bershire Drive,    Sterling Heights, MI 48314-1215
16763460     ##+NVP & Associates, Inc.,    600 Edenwood Drive,   Roselle, IL 60172-2823
                                                                                               TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: preed              Page 2 of 3            Date Rcvd: Sep 05, 2012
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**                           **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: preed              Page 3 of 3             Date Rcvd: Sep 05, 2012
                               Form ID: pdf006          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2012 at the address(es) listed below:
          Bruce L Wald    on behalf of Debtor Joseph Petersen, Jr. bwald@tishlerandwald.com
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          Fred R Harbecke    on behalf of Creditor  First Bank fredrharbecke@sbcglobal.net
          Heather M Giannino    on behalf of Creditor  PNC Bank, National Association
          heathergiannino@hsbattys.com, jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 5