**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04418-DRC |
| | § | |
| JOSEPH PETERSEN | § | |
| NANCY PETERSEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $306,660.00 | Assets Exempt: | $218,752.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $330,008.13 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $71,101.59 | | |

3) Total gross receipts of $431,109.72 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $30,000.00 (see **Exhibit 2**), yielded net receipts of $401,109.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $245,908.51 | $245,908.51 | $245,908.51 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $71,101.59 | $71,101.59 | $71,101.59 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $2,649,314.61 | $2,623,777.11 | $84,099.62 |
| **Total Disbursements** | NA | $2,966,324.71 | $2,940,787.21 | $401,109.72 |

4). This case was originally filed under chapter 7 on 02/04/2011. The case was pending for -1333 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2012        By:  /s/ David E. Grochocinski
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 600 EDENWOOD DRIVE, ROSELLE, IL | 1110-000 | $431,100.00 |
| Interest Earned | 1270-000 | $9.72 |
| **TOTAL GROSS RECEIPTS** | | **$431,109.72** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| JOSEPH PETERSEN DEBTOR EXEMPTION | Exemptions | 8100-002 | $15,000.00 |
| NANCY PETERSEN DEBTOR EXEMPTION | Exemptions | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JULIE WEISS TRUST SECOND MORT PAYOFF | 4110-000 | NA | $56,867.33 | $56,867.33 | $56,867.33 |
| | PNC BANK FIRST MORTGAGE PAYOFF | 4110-000 | NA | $190,399.79 | $190,399.79 | $190,399.79 |
| | PNC MORTGAGE | 4110-000 | NA | ($1,358.61) | ($1,358.61) | ($1,358.61) |
| **TOTAL SECURED CLAIMS** | | | NA | $245,908.51 | $245,908.51 | $245,908.51 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $23,305.49 | $23,305.49 | $23,305.49 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $101.89 | $101.89 | $101.89 |
| ASSOCIATED SURVEYING | 2500-000 | NA | $350.00 | $350.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| GROUP SURVEY | | | | | |
| CT&T DELIVERY, WIRE TRANSFER ETC. | 2500-000 | NA | $200.00 | $200.00 | $200.00 |
| CT&T title insurance | 2500-000 | NA | $1,680.00 | $1,680.00 | $1,680.00 |
| Green Bank | 2600-000 | NA | $867.28 | $867.28 | $867.28 |
| The Bank of New York Mellon | 2600-000 | NA | $1,689.69 | $1,689.69 | $1,689.69 |
| DUPAGE COUNTY 2010 REAL ESTATE TAXES | 2820-000 | NA | $10,792.70 | $10,792.70 | $10,792.70 |
| DUPAGE COUNTY 2011 REAL ESTATE TAXES | 2820-000 | NA | $3,725.70 | $3,725.70 | $3,725.70 |
| DUPAGE COUNTY STATE & COUNTY TRANSFER TAX | 2820-000 | NA | $647.25 | $647.25 | $647.25 |
| INNOVALAW, PC, Attorney for Trustee | 3110-000 | NA | $4,685.00 | $4,685.00 | $4,685.00 |
| INNOVALAW, PC, Attorney for Trustee | 3120-000 | NA | $101.59 | $101.59 | $101.59 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| BOZENA PETROVICH COMMISSION, Realtor for Trustee | 3510-000 | NA | $10,627.50 | $10,627.50 | $10,627.50 |
| CENTURY 21 COMMISSIONS, Realtor for Trustee | 3510-000 | NA | $10,927.50 | $10,927.50 | $10,927.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $71,101.59 | $71,101.59 | $71,101.59 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Bank | 7100-000 | NA | $640,117.87 | $640,117.87 | $20,517.63 |
| 2 | Commercial Recovery | 7100-000 | NA | $4,700.50 | $4,700.50 | $150.66 |

|   |                              |          |     |                |                |             |
|---|------------------------------|----------|-----|----------------|----------------|-------------|
|   | Associates, Inc.             |          |     |                |                |             |
| 3 | Joseph C and Marion J. Petersen | 7100-000 | NA  | $25,537.50     | $25,537.50     | $818.55     |
| 4 | Joseph C and Marion J. Petersen | 7100-000 | NA  | $25,537.50     | $0.00          | $0.00       |
| 5 | Oakstar Bank                 | 7100-000 | NA  | $1,953,421.24  | $1,953,421.24  | $62,612.78  |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,649,314.61 | $2,623,777.11 | $84,099.62 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1    Exhibit 8

| Case No.: | 11-04418-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | | | Date Filed (f) or Converted (c): | 02/04/2011 (f) |
| For the Period Ending: | 11/6/2012 | | | $341(a) Meeting Date: | 03/31/2011 |
| | | | | Claims Bar Date: | 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 600 EDENWOOD DRIVE, ROSELLE, IL | $405,000.00 | $172,000.00 | | $431,100.00 | FA |
| 2 | CASH | $40.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING ACCOUNTS | $300.00 | $0.00 | | $0.00 | FA |
| 4 | MORGAN STANLEY | $95,388.00 | $95,388.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | BOOKS, ETC. | $250.00 | $0.00 | | $0.00 | FA |
| 7 | CLOTHING | $300.00 | $0.00 | | $0.00 | FA |
| 8 | MINKS/WATCHES | $300.00 | $0.00 | | $0.00 | FA |
| 9 | GENWORTH FINANCIAL | $0.00 | $0.00 | | $0.00 | FA |
| 10 | NEW YORK LIFE | $794.00 | $0.00 | | $0.00 | FA |
| 11 | NORTHWESTERN MUTUAL | $34,263.00 | $34,263.00 | | $0.00 | FA |
| 12 | NORTHWESTERN MUTUAL | $63,355.00 | $63,355.00 | | $0.00 | FA |
| 13 | NORTHWESTERN MUTUAL | $15,669.00 | $15,669.00 | | $0.00 | FA |
| 14 | PRUDENTIAL | $0.00 | $0.00 | | $0.00 | FA |
| 15 | MORGAN STANLEY IRA | $6,740.00 | $0.00 | | $0.00 | FA |
| 16 | MORGAN STANLEY IRA | $6,740.00 | $0.00 | | $0.00 | FA |
| 17 | FIDELITY INVESTMENTS | $68,000.00 | $0.00 | | $0.00 | FA |
| 18 | JP MORGAN | $62,898.00 | $0.00 | | $0.00 | FA |
| 19 | MORGAN STANLEY | $18,510.00 | $0.00 | | $0.00 | FA |
| 20 | MORGAN STANLEY | $19,470.00 | $0.00 | | $0.00 | FA |
| 21 | IL SUB-S CORP | $100.00 | $0.00 | | $0.00 | FA |
| 22 | DAVID KEMBER - A/R | $8,795.00 | $0.00 | | $0.00 | FA |
| 23 | NVP & ASSOC | $70,000.00 | $0.00 | | $0.00 | FA |
| 24 | OZARKS WAREHOUSE | $17,000.00 | $0.00 | | $0.00 | FA |
| 25 | 1993 OLDSMOBILE CUTLESS | $500.00 | $0.00 | | $0.00 | FA |
| 26 | 2006 HONDA ODYSSEY | $3,000.00 | $0.00 | | $0.00 | FA |
| 27 | TAX LOSSES | Unknown | Unknown | | $0.00 | FA |
| 28 | TAX REFUND | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 29 | POSSIBLE WORKER'S COMP CLAIM | Unknown | Unknown | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $9.72 | Unknown |

Exhibit 8

Page No: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 11-04418-DRC
Case Name: PETERSEN, JOSEPH AND PETERSEN, NANCY
For the Period Ending: 11/6/2012

Trustee Name: David E. Grochocinski
Date Filed (f) or Converted (c): 02/04/2011 (f)
§341(a) Meeting Date: 03/31/2011
Claims Bar Date: 05/18/2011

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TOTALS (Excluding unknown value)          $900,412.00          $382,175.00                    $431,109.72

Gross Value of Remaining Assets
$0.00

**Major Activities affecting case closing:**
SOLD REAL ESTATE; WAITING FOR TAX RETURNS; FINAL HEARING SET FOR 10/12/12

Initial Projected Date Of Final Report (TFR): 06/30/2012     Current Projected Date Of Final Report (TFR): 09/30/2012

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

Page No: 1                                                                                                                                     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-04418-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4210 | | Money Market Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 2/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2011 | | CT&T | SALE OF REAL ESTATE | * | $114,882.23 | | $114,882.23 |
| | {1} | | | 1110-000 | $431,100.00 | | $114,882.23 |
| | | | PNC BANK FIRST MORTGAGE PAYOFF | 4110-000 | $(190,399.79) | | $114,882.23 |
| | | | JULIE WEISS TRUST SECOND MORT PAYOFF | 4110-000 | $(56,867.33) | | $114,882.23 |
| | | | DUPAGE COUNTY 2010 REAL ESTATE TAXES | 2820-000 | $(10,792.70) | | $114,882.23 |
| | | | DUPAGE COUNTY 2011 REAL ESTATE TAXES | 2820-000 | $(3,725.70) | | $114,882.23 |
| | | | CENTURY 21 COMMISSIONS | 3510-000 | $(10,927.50) | | $114,882.23 |
| | | | BOZENA PETROVICH COMMISSION | 3510-000 | $(10,627.50) | | $114,882.23 |
| | | | JOSEPH PETERSEN DEBTOR EXEMPTION | 8100-002 | $(15,000.00) | | $114,882.23 |
| | | | NANCY PETERSEN DEBTOR EXEMPTION | 8100-002 | $(15,000.00) | | $114,882.23 |
| | | | ASSOCIATED SURVEYING GROUP SURVEY | 2500-000 | $(350.00) | | $114,882.23 |
| | | | CT&T DELIVERY, WIRE TRANSFER ETC. | 2500-000 | $(200.00) | | $114,882.23 |
| | | | CT&T title insurance | 2500-000 | $(1,680.00) | | $114,882.23 |
| | | | DUPAGE COUNTY STATE & COUNTY TRANSFER TAX | 2820-000 | $(647.25) | | $114,882.23 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 | | $114,884.30 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.94 | | $114,885.24 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.97 | | $114,886.21 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $220.33 | $114,665.88 |
| 08/01/2011 | | PNC MORTGAGE | REFUND OF OVER PAYMENT OF MORTGAGE PAYOFF | 4110-000 | | $(1,358.61) | $116,024.49 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.98 | | $116,025.47 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $269.79 | $115,755.68 |
| | | | | SUBTOTALS | $114,887.19 | ($868.49) | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2                                                                              Exhibit 9

| Case No.: | 11-04418-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4210 | | Money Market Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 2/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($7.87) | $115,763.55 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.94 | | $115,764.49 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $237.86 | $115,526.63 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.97 | | $115,527.60 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $229.47 | $115,298.13 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.93 | | $115,299.06 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $252.73 | $115,046.33 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.96 | | $115,047.29 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $236.39 | $114,810.90 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.96 | | $114,811.86 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $250.99 | $114,560.87 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $114,560.87 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $114,891.95 | $114,891.95 |
| Less: Bank transfers/CDs | $0.00 | $114,560.87 |
| Subtotal | $114,891.95 | $331.08 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $114,891.95 | $331.08 |

**For the period of 2/4/2011 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $431,109.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $431,109.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $286,548.85 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $316,548.85 |
| Total Internal/Transfer Disbursements: | $114,560.87 |

**For the entire history of the account between 04/21/2011 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $431,109.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $431,109.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $286,548.85 |
| Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $316,548.85 |
| Total Internal/Transfer Disbursements: | $114,560.87 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit 9

| Case No. | 11-04418-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4210 | Checking Acct #: | ******2466 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/4/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | | $0.00 / $0.00 |
| Less: **Bank transfers/CDs** | | $0.00 / $0.00 |
| **Subtotal** | | $0.00 / $0.00 |
| Less: **Payments to debtors** | | $0.00 |
| **Net** | | $0.00 / $0.00 |

**For the period of 2/4/2011 to 11/6/2012**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/21/2011 to 11/6/2012**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4  Exhibit 9

| Case No. | 11-04418-DRC | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4210 | | | | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | DDA |
| For Period Beginning: | 2/4/2011 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $114,560.87 | | $114,560.87 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $101.89 | $114,458.98 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $137.08 | $114,321.90 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $190.43 | $114,131.47 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $172.29 | $113,959.18 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $183.89 | $113,775.29 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $183.59 | $113,591.70 |
| 10/12/2012 | 5002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $23,305.49 | $90,286.21 |
| 10/12/2012 | 5003 | INNOVALAW, PC | Distribution on Claim #: ; | 3110-000 | | $4,685.00 | $85,601.21 |
| 10/12/2012 | 5004 | INNOVALAW, PC | Distribution on Claim #: ; | 3120-000 | | $101.59 | $85,499.62 |
| 10/12/2012 | 5005 | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC | Distribution on Claim #: ; | 3410-000 | | $1,400.00 | $84,099.62 |
| 10/12/2012 | 5006 | First Bank | Distribution on Claim #: 1; | 7100-000 | | $20,517.63 | $63,581.99 |
| 10/12/2012 | 5007 | Commercial Recovery Associates, Inc. | Distribution on Claim #: 2; | 7100-000 | | $150.66 | $63,431.33 |
| 10/12/2012 | 5008 | Joseph C and Marion J. Petersen | Distribution on Claim #: 3; | 7100-000 | | $818.55 | $62,612.78 |
| 10/12/2012 | 5009 | Oakstar Bank | Distribution on Claim #: 5; | 7100-000 | | $62,612.78 | $0.00 |

| | | | | SUBTOTALS | $114,560.87 | $114,560.87 | |

Exhibit 9

Page No: 5

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04418-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4210 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 2/4/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

$0.00

| | | | TOTALS: | | $114,560.87 | $114,560.87 |
| | | | Less: Bank transfers/CDs | | $114,560.87 | $0.00 |
| | | | Subtotal | | $0.00 | $114,560.87 |
| | | | Less: Payments to debtors | | $0.00 | $0.00 |
| | | | Net | | $0.00 | $114,560.87 |

For the period of **2/4/2011** to **11/6/2012**                         For the entire history of the account between **02/07/2012** to **11/6/2012**

| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
|---|---|---|---|
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $114,560.87 | Total Internal/Transfer Receipts: | $114,560.87 |
|  |  |  |  |
| Total Compensable Disbursements: | $114,560.87 | Total Compensable Disbursements: | $114,560.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $114,560.87 | Total Comp/Non Comp Disbursements: | $114,560.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6                Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-04418-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | PETERSEN, JOSEPH AND PETERSEN, NANCY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4210 | | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** | |
| | | | $114,891.95 | $114,891.95 | $0.00 | |

| For the period of 2/4/2011 to 11/6/2012 | | For the entire history of the case between 02/04/2011 to 11/6/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $431,109.72 | Total Compensable Receipts: | $431,109.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $431,109.72 | Total Comp/Non Comp Receipts: | $431,109.72 |
| Total Internal/Transfer Receipts: | $114,560.87 | Total Internal/Transfer Receipts: | $114,560.87 |
| | | | |
| Total Compensable Disbursements: | $401,109.72 | Total Compensable Disbursements: | $401,109.72 |
| Total Non-Compensable Disbursements: | $30,000.00 | Total Non-Compensable Disbursements: | $30,000.00 |
| Total Comp/Non Comp Disbursements: | $431,109.72 | Total Comp/Non Comp Disbursements: | $431,109.72 |
| Total Internal/Transfer Disbursements: | $114,560.87 | Total Internal/Transfer Disbursements: | $114,560.87 |

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI